UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- v. -

JONATHAN SCHWEITZER,

Defendant.

- - - - - - - - - - - - - - - X



INDICTMENT

19 Cr.

**19 CRIM 401**

## COUNT ONE

### (Possession of Child Pornography)

The Grand Jury further charges:

1. From at least in or about July 2018 up to and including at least in or about March 2019, in the Southern District of New York and elsewhere, JONATHAN SCHWEITZER, the defendant, knowingly did possess and access with intent to view, and attempt to possess and access with intent to view, a book, magazine, periodical, film, videotape, computer disk, and other material that contained an image of child pornography that had been mailed, shipped and transported using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, to wit, SCHWEITZER possessed images of child

JUDGE PRC

pornography, including images and videos of a prepubescent minor who had not attained 12 years of age, on a laptop computer located in New York, New York.

(Title 18, United States Code, Sections 2252A(a)(5)(B), (b)(2) and 2.)

## COUNT TWO

### (Receipt and Distribution of Child Pornography)

The Grand Jury further charges:

2. From at least in or about July 2018 up to and including at least in or about March 2019, in the Southern District of New York and elsewhere, JONATHAN SCHWEITZER, the defendant, knowingly did receive and distribute and attempt to receive and distribute material that contains child pornography that had been mailed, and using a means and facility of interstate and foreign commerce shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, to wit, SCHWEITZER received and distributed, and attempted to receive and distribute, images of child pornography, including images and videos of a prepubescent minor who had not attained 12 years of age, by means of a peer-to-peer network, in New York, New York.

(Title 18, United States Code, Sections 2252A(a)(2)(B), (b)(1) and 2.)

**FORFEITURE ALLEGATION**

3. As a result of committing the offense alleged in Counts One and Two of this Indictment, JONATHAN SCHWEITZER, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, any and all property, real or personal, constituting or traceable to gross profits or other proceeds obtained from said offenses and any and all property, real or personal, used or intended to be used to commit or promote the commission of said offenses or traceable to such property, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offenses.

**Substitute Asset Provision**

4. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a) cannot be located upon the exercise of due diligence;

    b) has been transferred or sold to, or deposited with, a third person;

    c) has been placed beyond the jurisdiction of the Court;

    d) has been substantially diminished in value; or

    e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), and Title 28, United States Code,

Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Section 2253;
Title 21, United States Code, Section 853; and
Title 28, United States Code, Section 2461.)

/s/ Tracy Mitchell
FOREPERSON

/s/ Geoffrey S. Berman
GEOFFREY S. BERMAN
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

JONATHAN SCHWEITZER,

Defendant.

INDICTMENT

19 Cr.

(18 U.S.C. §§ 2252A(a)(2)(B),
2252A(a)(5)(B), 2252A(b)(1),
2252A(b)(2), and 2.)

GEOFFREY S. BERMAN
United States Attorney

Foreperson

5/30/19 Filed Indictment. Case assigned to J. Broderick
Cott, USMJ