# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

**APPLICATION GRANTED**
**SO ORDERED** /s/ Vernon Broderick
**VERNON S. BRODERICK**
**U.S.D.J.** 11/25/2019

**VIA ECF**
The Honorable Vernon S. Broderick
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

Re: <u>**United States v. Jonathan Schweitzer**</u>
    **19 Cr. 401 (VSB)**

Dear Judge Broderick:

I write, with no objection from Pretrial Services, to respectfully request that the Court modify Mr. Schweitzer's bail conditions so that he may travel to his parents' house on Thanksgiving Day, November 28th. Assistant U.S. Attorney Elizabeth Espinosa defers to Pretrial Services' position on this matter.

On April 3, 2019, Magistrate Judge Robert W. Lehrburger ordered Mr. Schweitzer released with the following bail conditions, *inter alia*: a $100,000 personal recognizance bond secured by two financially responsible persons; travel limited to SDNY/EDNY; strict Pretrial supervision; and, home detention with electronic monitoring. Mr. Schweitzer has been fully compliant with his bail conditions.

Mr. Schweitzer lives in the Bronx, and his parents' home is located on Long Island. If the Court grants this request, Mr. Schweitzer would leave his home on November 28th at 7 a.m. and return home by 10 p.m. the same day. Pretrial Services Officer Erin Cunningham does not object to Mr. Schweitzer's request, and Assistant U.S. Attorney Elizabeth Espinosa defers to Pretrial Services' position.

Thank you for your consideration of this matter.

Respectfully submitted,

/s/ Mark B. Gombiner
Mark B. Gombiner
Attorney for Jonathan Schweitzer
(212) 417-8718

So Ordered:

_____
**HONORABLE VERNON S. BRODERICK**
**UNITED STATES DISTRICT JUDGE**

cc: AUSA Elizabeth Espinosa (by ECF) and PTSO Erin Cunningham (by email)