

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 14, 2020

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square, Ctrm 518
New York, NY 10007

      Re:    *United States v. Jonathan Schweitzer*, 19 Cr. 401 (VSB)

Dear Judge Broderick:

      The Government writes to respectfully request an adjournment of the next status conference in the above-captioned case, currently scheduled for January 17, 2020, for 30 days, or any date thereafter that is convenient for the Court. The defendant has submitted a mitigation package to the Government and the Government is reviewing and considering that application. The Government anticipates that it will be in a position to make a decision on the defendant's application within the next 30 days. The Government consulted with defense counsel for each defendant, who consent to the adjournment.

      Accordingly, the Government respectfully requests that time be excluded under the Speedy Trial Act between January 17, 2020 through the next scheduled conference, because the "ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). The Government consulted with defense counsel for each defendant, who do not object to the exclusion of time.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

by: \_/s/Elizabeth A. Espinosa\_\_\_\_\_
    Elizabeth A. Espinosa
    Assistant United States Attorney
    (212) 637-2216

APPLICATION GRANTED
SO ORDERED [signature]
VERNON S. BRODERICK
U.S.D.J. 1/16/2020

The status conference scheduled for January 17, 2020 is hereby adjourned to February 20, 2020 at 11:00 a.m. The adjournment is necessary to permit the parties time to continue discussing a pretrial disposition of this matter. The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, it is further ordered that the time between January 16, 2020 and February 20, 2020 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), in the interest of justice.