**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 27, 2020

> APPLICATION GRANTED
> SO ORDERED /s/ Vernon Broderick
> VERNON S. BRODERICK
> U.S.D.J.

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square, Ctrm 518
New York, NY 10007

      Re:    *United States v. Jonathan Schweitzer*, 19 Cr. 401 (VSB)

Dear Judge Broderick:

      The parties respectfully request an adjournment of the next status conference in the above-captioned case, currently scheduled for February 27, 2020, to March 13, 2020, at 12:00 p.m., which the parties understand to be convenient for the Court. The parties are actively discussing a resolution of the matter and the adjournment will allow time to complete those discussions.

      Accordingly, the Government respectfully requests that time be excluded under the Speedy Trial Act between February 27, 2020 through the next scheduled conference, because the "ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). The Government consulted with defense counsel for each defendant, who do not object to the exclusion of time.

      Respectfully submitted,

      GEOFFREY S. BERMAN
      United States Attorney

      by: /s/Elizabeth A. Espinosa
          Elizabeth A. Espinosa
          Assistant United States Attorney
          (212) 637-2216

---

APPLICATION GRANTED
SO ORDERED /s/ Vernon Broderick
VERNON S. BRODERICK
U.S.D.J. 3/2/2020

The status conference previously scheduled for February 27, 2020 is hereby adjourned to March 13, 2020 at 12:00 p.m. The adjournment is necessary to permit the parties time to continue discussing a pretrial disposition of this matter. The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, it is further ordered that the time between March 2, 2020 and March 13, 2020 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), in the interest of justice.