**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 12, 2020

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square, Ctrm 518
New York, NY 10007

Re:     *United States v. Jonathan Schweitzer*, 19 Cr. 401 (VSB)

Dear Judge Broderick:

The Government writes to respectfully request an adjournment of the next status conference, currently scheduled for June 18, 2020, for 30 days or any date thereafter that is convenient for the Court in light of the situation caused by COVID-19. The Government has conferred with defense counsel, who consents to this adjournment. The parties anticipate that the defendant will accept the plea offer made by the Government and that the parties will reach out to the Court to schedule a change of plea conference as soon as such a proceeding can be safely conducted in person.

Accordingly, the Government respectfully requests that time be excluded under the Speedy Trial Act between June 18, 2020 through the next scheduled conference, because the "ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). The Government consulted with defense counsel, who does not object to the exclusion of time.

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 6/15/2020

In light of the circumstances surrounding COVID-19, the status conference previously scheduled for June 18, 2020 is hereby adjourned to July 24, 2020 at 10:00 a.m. The adjournment is necessary to permit the parties time to continue discussing a pretrial disposition of this matter. The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, it is further ordered that the time between June 18, 2020 and July 24, 2020 is hereby excluded under the Speedy Trial Act, 18 USC 3161(h)(7)(A), in the interest of justice.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

by: _/s/Elizabeth A. Espinosa_____
Elizabeth A. Espinosa
Assistant United States Attorney
(212) 637-2216