**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 24, 2020

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square, Ctrm 518
New York, NY 10007

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 12/3/2020

Sentencing in this matter is hereby adjourned to January 22, 2021 at 10:00 a.m.

Re:   *United States v. Jonathan Schweitzer*, 19 Cr. 401 (VSB)

Dear Judge Broderick:

The Government writes with the consent of defense counsel to respectfully request an adjournment of the sentencing in this matter, currently scheduled for December 11, 2020, to a date in late-January 2021 that is convenient for the Court in light of the public health situation caused by COVID-19. The parties have conferred and respectfully request that the sentencing in this matter be held in person. In the event that the COVID-19 pandemic prevents a safe in-person proceeding in late January 2021, the parties will confer with the Court to determine whether an additional adjournment is appropriate.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

by:  /s/Elizabeth A. Espinosa
Elizabeth A. Espinosa
Assistant United States Attorney
(212) 637-2216