# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

July 26, 2021

**VIA ECF**
The Honorable Vernon S. Broderick
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

**APPLICATION GRANTED
SO ORDERED** [signature]
**VERNON S. BRODERICK
U.S.D.J.** 7/28/2021

Pretrial Services is respectfully directed to remove Mr. Schweitzer's electronic monitoring bracelet on Thursday, August 5, 2021.

**Re:   United States v. Jonathan Schweitzer
19 Cr. 401 (VSB)**

Dear Judge Broderick:

I write on behalf of my client, Jonathan Schweitzer, to respectfully request that the Court Order Pretrial Services to remove Mr. Schweitzer's electronic monitoring bracelet on Thursday, August 5, 2021, the day before his voluntary surrender date. Mr. Schweitzer's supervising Pretrial Services Officer, Erin Cunningham, consents to this request. Assistant U.S. Attorney Elizabeth Espinosa defers to Pretrial Services' position on this matter.

Mr. Schweitzer has been designated to surrender to FCI Danbury on Friday, August 6th, 2021 by 10:00 AM. In order to allow sufficient time for Mr. Schweitzer to travel to Danbury, Connecticut, we request that Pretrial Services be directed to remove his ankle bracelet on Thursday, August 5th. Mr. Schweitzer is in full compliance with all of the conditions of his release.

Thank you for your consideration of this matter.

Respectfully submitted,

/s/ Mark B. Gombiner
Mark B. Gombiner
Attorney for Jonathan Schweitzer
(212) 417-8718

**So Ordered:**

_____
**HONORABLE VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE**

cc:   AUSA Elizabeth Espinosa (by ECF) and PTSO Erin Cunningham (by email)